# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 5, 2013

### NO.  03-11-00895-CV

**Shalanda  D. Moore, J.D.; and Joseph R. Willie, II, D.D.S., J.D., Appellant**

**v.**

**Riecke Baumann, Receiver and Master in Chancery, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
VACATED AND DISMISSED -- OPINION BY CHIEF JUSTICE JONES**

---

**THIS DAY** came on to be submitted to this Court the appellants' motion to dismiss appeal in accordance with the parties' settlement agreement in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is hereby granted, and that the trial court's November 22, 2011, Order Requiring Turnover and Appointing Receiver and Master is vacated without reference to the merits, and the cause is remanded for further proceedings in accordance with the settlement agreement of the parties.  It is FURTHER ordered that the each party shall pay the costs of the appeal incurred by that party; that this decision be certified below for observance.